```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                 FORT PIERCE DIVISION
            Case No. 07-14028-CIV-GRAHAM
```

GEORGE DRAPER,

    Plaintiff,

vs.

KEN J. MASCARA, et al.,

    Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Summary Judgment against Defendant Philip Fackier [D.E. 64].

**THIS MATTER** was referred to the United States Magistrate Judge Patrick A. White for a Report and Recommendation. The Magistrate Judge issued a Report [D.E. 69], recommending that Plaintiff's motion be denied. The time for objections has expired and no objections have been filed.

**THE COURT** has considered the Magistrate Judge's Report and has conducted an independent review of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 69] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment against Defendant Philip Fackier [D.E. 64] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of September, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
    Counsel of Record
    George Draper, Pro Se