```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO.  07-14028-CIV-GRAHAM
                         MAGISTRATE JUDGE P.A. WHITE
```

GEORGE RICHARD DRAPER,          :

     Plaintiff,              :
                                        REPORT RE GRANT OF MOTION
v.                              :   TO PROCEED IFP ON APPEAL
                                           CIVIL RIGHTS
KEN MASCARA, et al.,            :      (DE#146, 142)


     Defendants.             :
_____

     The plaintiff has filed a motion to proceed _in forma pauperis_ on appeal in this prisoner civil rights case (De#146). The motion has been referred to the Undersigned Magistrate Judge, along with the plaintiff's notice of appeal, construed as a motion for certificate of appealability (DE#142). The plaintiff produced the necessary financial information upon the filing of his complaint, and was permitted to proceed _in forma pauperis_.

     It is therefore recommended that the motion to proceed _in forma pauperis_ be granted. (DE#146)

     The notice of appeal should not be construed as a motion for certificate of appealability (DE#142), as no certificate is required to to appeal a civil rights complaint.

     Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 8th day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: George Richard Draper, <u>Pro Se</u>
939098
Martin CI
Address of record

Jason Scarberry, Esq.
Attorney of record