UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 07-14028-CIV-GRAHAM

GEORGE DRAPER,

    Plaintiff,

vs.

KEN J. MASCARA, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Proceed in forma pauperis on appeal [D.E. 146].

**THIS MATTER** was referred to the United States Magistrate Judge Patrick A. White for a Report and Recommendation. The Magistrate Judge has issued a report recommending that the motion to proceed in forma pauperis be granted. No objections have been filed.

**THE COURT** has considered the Magistrate Judge's Report and has conducted an independent review of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 150] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Proceed in forma pauperis on appeal is GRANTED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___11th___day

of January, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Patrick A. White
      Counsel of Record
      George Draper, Pro Se

2